# Court of Appeals
# of the State of Georgia

ATLANTA,_ June 27, 2024 _____

*The Court of Appeals hereby passes the following order:*

**A24A1209. JOHNSON v. THE STATE.**

The appellant in this case was sent a notice stating that this case was docketed on March 22, 2024, and that his appellate brief was due 20 days later, i.e. April 11, 2024. On motion by the appellant, this Court extended the time to file his brief until May 27, 2024. To date, no such brief has been filed. The appellant has failed to comply with this Court's briefing deadlines. Accordingly, this appeal is deemed abandoned and is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_ 06/27/2024 _____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*